Peter Conroy, appellee, v. Reliance Elevator Company et al., appellants. Gen No. 33,576.

Opinion filed January 2, 1930.
George A. Schneider, for appellants; Stanley L. Shetler, of counsel. No appearance for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Martin Urbaitis, otherwise known as Martin Urbutis, appellee, v. Valeria Urbaitis, otherwise known as Valeria Urbutis et al., defendants. Frank Stankus, appellant. Gen. No. 33,988.

Opinion filed January 2, 1930.
William A. Rogan, for appellant; William C. Burns and R. Hamlin Petty, of counsel. No appearance for appellee.
Mr. Presiding Justice Wilson delivered the opinion of the court.

Benjamin G. Pollard, appellant, v. William E. McCoy, trading as The Grand Hotel, appellee. Gen. No. 33,491.

Opinion filed January 2, 1930.
George W. Lawrence, for appellant; George W. Lawrence and James E. Wright, of counsel. Campbell & Fischer, for appellee.
Mr. Justice Holdom delivered the opinion of the court.

R. Williams, appellee, v. Mrs. Philip R. O'Brien, appellant. Gen. No. 33,336.

Opinion filed January 2, 1930.
Hicks & Folonie, for appellant. Julius L. Handelman, for appellee.
Mr. Justice Ryner delivered the opinion of the court.